

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00375-CV

BNSF RAILWAY COMPANY                    APPELLANT
                                        AND APPELLEE

V.

RONALD NICHOLS                          APPELLEE
                                        AND APPELLANT

------------

## FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Cross-Appellant's Agreed Motion To Dismiss Cross-Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of cross-appellant Ronald Nichols. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the cross-appeal shall be paid by cross-appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  April 21, 2011